FILED
JUL 05 2023
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
TOLEDO

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | INFORMATION |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 3:23 MJ 8003 |
| | ) | Title 18, United States Code, Section 248(a)(3) |
| WHITNEY M. DURANT AKA SOREN MONROE, | ) | |
| | ) | MAG JUDGE CLAY |
| Defendant. | ) | |

COUNT 1
(Freedom of Access to Clinic Entrances, 18 U.S.C. §248(a)(3))

The United States Attorney charges:

On or about April 15, 2023, in the Northern District of Ohio, Western Division, the defendant, WHITNEY M. DURANT AKA SOREN MONROE, intentionally damaged the property of HerChoice, a pregnancy care center, located in Bowling Green, Ohio, by defacing the clinic's building with spray paint because the clinic provides reproductive health services, in violation of Title 18, United States Code, Section 248(a)(3).

REBECCA C. LUTZKO
United States Attorney

By: _____
AVA ROTELL DUSTIN
Branch Supervisor, Toledo