# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CASE 3:23-mj-08003 |
| | ) | |
| Plaintiff | ) | Magistrate Judge Darrell A. Clay |
| | ) | |
| v. | ) | |
| | ) | |
| Whitney Durant . | ) | |
| | ) | **NOTICE OF APPEARANCE** |
| Defendant | ) | |
| | ) | |

Now comes Defendant and states that attorneys Marcus Sidoti, Sarah Gelsomino and Alex Ugolini have been retained to represent her in the above captioned proceeding. Defendant hereby asks that their appearance substituting counsel on behalf of Defendant, Whitney Durant, be entered and that they be noticed.

Respectfully submitted,

FRIEDMAN, GILBERT + GERHARDSTEIN

*/s/ Sarah Gelsomino*
SARAH GELSOMINO (0084340)
MARCUS SIDOTI (0077476)
ALEX UGOLINI (0102594)
50 Public Square, Suite 1900
Cleveland, OH  44113-2205
Telephone:     (216) 241-1430
Facsimile:      (216) 621-0427
sarah@FGGfirm.com
marcus@FGGfirm.com
alex@FGGfirm.com

*Attorneys for Defendant*

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 27, 2023 a copy of the foregoing was filed electronically. Notice of this filing will be sent to all registered parties by operation of the Court's electronic filing system.

*/s/ Sarah Gelsomino*
SARAH GELSOMINO
*Attorney for Defendant*
